James Lyons
76 N. West Wood Rd.
Massapequa Park NY, 11762
Phone: 917-306-6905



June 15, 2005

RECEIVED
IN CHAMBERS OF
HON. JOANNA SEYBERT
★ JUN 2 0 2005 ★

To:   Joanna Seybert,
      United States District Court
      Eastern District of New York
      1034 Federal Plaza
      Central Islip, New York 11722

Ref:  Lyons v Smith et., al, Civil Action # 05-1382

Dear Joanna Seybert:

I am writing you to respectfully request to expedite the consideration on the motions on this case pursuant to 28 U. S. C. 1657. This case is for injunctive relief and for violations of federal civil and constitutional rights and has merit.

Also, I hereby request permission to communicate with chamber in the future through fax transmission, and not over the phone in regards to any procedural question.

Also, I hereby request a password (Eastern District of New York - CM/ECF LIVE Database ) for electronic filing capabilities in the future on my case.

Respectfully Submitted,

James Lyons, Plaintiff Pro Se

cc:   Office of the Attorney General (Via First Class Mail)
      200 Old Country Rd.
      Mineola, NY 11501-4241
         Attention: Valerie Singleton

United States District Court for the
Eastern District of New York, long Island office
_____

James Lyons,                                    **AFFIDAVIT OF SERVICE**

        Plaintiff

v                                               Civil Action # 05-1382
                                                (J.S.) (M.L.O.)

Nancy E. Smith, individually and in her
official capacity as Justice of the
Appellate Division Second Department,
Superior Court of the State of New York,

Fred T. Santucci, individually and in his
official capacity as Justice of the
Appellate Division Second Department,
Superior Court of the State of New York,

Daniel F. Luciano, individually and in
his official capacity as Justice of the
Appellate Division Second Department,
Superior Court of the State of New York,

Barry A. Cozier, individually and in his
official capacity as Justice of the
Appellate Division Second Department,
Superior Court of the State of New York,

        Defendant's
_____

State of New York)
County of _Kings_ ) s.s.

I, _James Lyons_, being duly sworn, deposes and says that:

1. That I am over the age 18 years of age and not a party to this proceeding, and reside at _76 N. Westwood Rd. Massapequa Park N.J. 11762_

2. On the _15th_ day of _June_, 2005, I served the attached _Request To Expedite Consideration, Request to_

Page 1 of 2

_To Communicate through Fax and Request for A password._

on the defendants attorney, at the Office of the Attorney General, 200 Old Country Rd. Mineola, NY 11501-4241, by placing said

_Requests_

in a legal size envelope and then addressing it to the defendants attorney, at the address above, and then deposited it with the United States Postal Service, Via First Class Mail for delivery to the defendants attorney.

X _[signature]_

Dated: JUNE 17, 2005

Sworn to before me this 17th day of JUNE, 2005

_[signature]_
Notary Public

IRA GRABSTOCK
Notary Public, State of New York
No. 01GR4988302
Qualified in Kings County
Commission Expires Nov. 4, 2005